**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

KEVIN MAURICE MITCHELL,

Plaintiff,

v.

AMAZON.COM SERVICES LLC,

Defendant.

CIVIL ACTION NO.: 4:25-cv-241

# O R D E R

The Magistrate Judge recommends that Defendant Amazon.com Services LLC's Motion to Dismiss be granted, since Plaintiff's Title VII claim is time barred by the applicable statute of limitations. (Doc. 42, pp. 2—10.) Plaintiff objected. (Doc. 43.) Defendant responded to Plaintiff's objections. (Doc. 44.)

The Magistrate Judge identified the applicable statute of limitations for Title VII claims, which is 90 days from a plaintiff's receipt of a right-to-sue letter from the Equal Employment Opportunity Commission, and found that Plaintiff filed his Complaint in this case well beyond that 90-day deadline. (Doc. 42, pp. 3—5.) The Magistrate Judge then identified the applicable standard for invocation of equitable tolling, and determined Plaintiff had not met his burden to demonstrate his entitlement to that extraordinary remedy. (Id., pp. 5—10.) Plaintiff does not dispute the Magistrate Judge's recitation of the applicable statute of limitations, the determination that his Complaint was filed beyond that deadline, or the identification of the standard governing the application of equitable tolling. (See generally doc. 43.) Instead, he argues the Magistrate Judge did not adequately consider the circumstances that he contends supports his entitlement to

such tolling. (Id., pp. 1—3.) The Court has conducted a de novo review of all of Plaintiff's arguments in support of equitable tolling and agrees with the Report and Recommendation's conclusion that he has not meet the high burden for its application in this case.

For the foregoing reasons, after a careful de novo review of the entire record, Plaintiff's Objections are **OVERRULED**, (doc. 43), the Court **ADOPTS** the Report and Recommendation as its opinion, (doc. 42), and **GRANTS** Defendant's Motion to Dismiss, (doc. 29). Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 21.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 10th day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA